# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID SHELDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV31** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **UNUM LIFE INSURANCE** | ) | |
| **COMPANY OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the oral motion of plaintiff's counsel, and for good cause shown,

**IT IS ORDERED** that the March 15, 2006 deadline for filing a Rule 26(f) Planning Report is hereby suspended pending the district court's ruling on defendant's Motion to Dismiss plaintiff's second and third causes of action (#8). The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within thirty (30) days after the district court's ruling.

**DATED March 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge