# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID W. SHELDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV31** |
| vs. ) | |
| ) | **ORDER** |
| **UNUM LIFE INSURANCE COMPANY** ) | |
| **OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's MOTION FOR LEAVE TO SUPPLEMENT NOTICE OF REMOVAL [7] to provide copies of the insurance policy documents that were attached to plaintiff's state court petition. Response time has passed, and the court has not received a response in opposition to the motion.

**IT IS ORDERED** that defendant's MOTION FOR LEAVE TO SUPPLEMENT NOTICE OF REMOVAL [7] is granted. Defendant is given until and including March 23, 2006 to file the supplemental documents.

**DATED March 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**