**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DAVID W. SHELDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV31** |
| vs. ) | |
| ) | **ORDER** |
| **UNUM LIFE INSURANCE COMPANY** ) | |
| **OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on the motion of Casey J. Symonds for leave to withdraw as counsel of record for the plaintiff. Phillip G. Wright will continue to represent the plaintiff.

    **IT IS ORDERED** that the motion for leave to withdraw [28] is granted. The Clerk shall terminate the appearance of Casey J. Symonds as plaintiffs' counsel.

    **DATED September 12, 2006.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett
United States Magistrate Judge**